# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff)

Kaluin RAY EicHELBERGER

v.

(Full name of defendant(s))

See Attachment...

Case Number:

_____

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__, and is located at
   (State)
   
   __1015 N. 10th street Milwaukee WI 53205  M.S.D.F.__
   (Address of prison or jail)

2. Defendant __See Attachment__
   (Name)
   
   is (if a person or private corporation) a citizen of __NEBRASKA__
   (State, if known)
   
   and (if a person) resides at _____
   (Address, if known)

- Defendents Names And Addresses -

Lancaster County Court  
Hall of Justice 2nd floor  
Judge Laurie J Yardley #17265  
575 S. 10th st  
Lincoln Nebraska 68508

Balift Clerk of  
Lancaster County Court  
575 S. 10th st  
Lincoln Nebraska 68508

Cheif Deputy Attorney  
Bruce J. Prenda #19759  
575 S. 10th st.  
Lincoln Nebraska 68508

Depty Lancaster County Attorney  
Morgan C. Smith #23972  
605 South 10th st.  
Lincoln Nebraska 68508

County Attorney  
Matthew O- Mellor  
605 South 10th st  
Lincoln Nebraska 68508

Lancaster County Sheriffs office  
SGT Phil Lang  
Lincoln Nebraska 68508  
575 S. 10th st

## B. Statement of Claim — Complaint ②

Judge Laurie J Yardley #17265 And Lincoln Nebraska Lancaster County State Attorneys: Morgan C. Smith #23972 and Matthew O. Mellor. Had Ex parte Communication Hearing in the Judges Chambers to Cancel my Extradition Back to the State of Wisconsin that was previously Waived, Certified And Filed in Lincoln Nebraska Lancaster County Court. Under this Same Judge Laurie J. Yardley #17265 on March 29th 2022. This Ex parte Communication took place on March 30th 2022. One day After this Same Court Relinquished Jurisdiction to Wisconsin At the Previous Extradition Hearing. This Illegal Hearing Violated my Due process Right. State V. Thomas 268 NEB 570 685 N.W. 2d 69 2004. To Benifit the County Attorney Morgan C. Smith #23972 into Filing Malicious Charges of Distribution of Fentanyl out of Retaliation towards me For Having Suffered A Near Death Overdose. As I was not from Nebraska & Did not want to participate in a investigation. I just wanted to come back home to Wisconsin After I Recovered From my overdose & was Release From Hospital. I was Not put on Notice or made Aware of proceedings And Hearings that was taking place Without my Knowledge. I was pro se Acting As my own Attorney During this Extradition Hearing And I Attended No other Hearing on this matter. I Also Filed A Write of Habeas Corpus with this Same court to Challegne the Legitimacy of my Incarceration Due to the Courts Lack of Personal and Subject matter Jurisdiction By Certified mail Tracking # 7009-1410-0002-5692-6260. The Clerk of that Court Claims to not Have Recieved my Motion for Writ of Habeas Corpus. Denying my Right to Have Access to the Courts. Conn V. Conn

B. Statement of claim            Complaint 3

This Same Judge Laurie J. Yardley #17265 ORDERED that the Records From the Extradition Hearing and all Hearings to Cancel Extradition Be SEALED! Without Meeting the Statutory Requirements of Notifing all Parties involved which is Another violation of my Due process Right IN Re interest of candice H. S. Ct. of Nebraska December 21 2012 284 NEB 935 824 N.W. 2d 34.

This Same Court falsely Created A Fake Certificate of Service By Claiming to notify ME by Mail to my Home Address in Milwaukee Wisconsin. When this Same Judge Laurie J. Yardley #17265 knows im in Lincoln Nebraska Housed in Lancaster County Jail on Lock up. Had I'd known of Such Hearing to Cancel My Extradition Back to Wisconsin and Seal the Record of Such Hearings I would have Appealed the Judges Decision But Since it was done EX parte I was denyed that Right. I Challenge the Certificate of Service By the Baliff Clerk of this Said Court.

- Defendents Names and Addresses -

Lancaster County Court  
 Hall of Justice 2nd Floor  
Judge Laurie J Yardley #17265  
575 S. 10th st.  
Lincoln Nebraska 68508

Balift Clerk of Lancaster  
County Court. 2nd Floor  
575 S. 10th st  
Lincoln Nebraska 68508

Cheif Deputy Attorney  
Bruce J Prenda #19759  
575 S. 10th st  
Lincoln Nebraska 68508

Deputy Lancaster County Attorney  
Morgan C. Smith #23972  
605 South 10th st.  
Lincoln Nebraska 68508

County Attorney  
Matthew O Mellor  
605 South 10th st  
Lincoln Nebraska 68508

Lancaster County Sheriffs office  
SGT Phil Lang  
575 S. 10th st  
Lincoln Nebraska 68508

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

(1.) I want conviction over turned and Sentence Vacated Due to the Courts Lack of Jurisdiction to prosecute making Conviction & Sentence Void. By means of FRAUD!

(2.) I Want Judge Laurie Yardley And Lancaster County Attorneys Morgan C. Smith & Matthew O. Meller Bonds and BAR number to be Removed.

(3.) I Also want $1,000.00 A DAY I Spent INcarcerated Illegaly due to the Courts Lack of Jurisdiction in the Amount of $730,000.00 Plus 1 million dollars For pain and Suffering; mental ANguish. IN the Amount total of $1,730,00

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __19th__ day of __June__ 20_23_.

        Respectfully Submitted,

*Kalvin Ray Eichelberger*
Signature of Plaintiff

__347097__
Plaintiff's Prisoner ID Number

__Milwaukee Secure Detention Facility__
__1015 N. 10th st Milwaukee WI 53205__
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.